UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MARK BURGE**  **CIVIL ACTION**

**versus**  **NO. 13-721**

**BURL CAIN**  **SECTION: "F" (1)**

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for *habeas corpus* relief filed by **Mark Burge** is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this  1st  day of        July        , 2015.

_____
**UNITED STATES DISTRICT JUDGE**